UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DON O. NICHOLS, et al.,<br><br>                    Defendants. | NO: 13-CV-0167-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT are Joint Stipulated Motions of Dismissal of Defendants Northwest Investment Specialists, Inc., and Spokane County (ECF Nos. 7 and 8).  Pursuant to the parties' stipulation, Defendants Northwest Investment Specialists, Inc., and Spokane County are dismissed from this case and will take nothing from the proceeds of any sale of the real property that is the subject of this action.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' Joint Stipulated Motions of Dismissal of Defendants Northwest Investment Specialists, Inc., and Spokane County (ECF Nos. 7 and 8) are GRANTED.  Pursuant to the parties' stipulation, the claims against Defendants Northwest Investment Specialists, Inc., and Spokane County are DISMISSED with prejudice and without fees or costs to any party.  Defendants Northwest Investment Specialists, Inc., and Spokane County will take nothing from the proceeds of any sale of the real property that is the subject of this action.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and terminate Defendants Northwest Investment Specialists, Inc., and Spokane County.

**DATED** September 11, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2