UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DON O. NICHOLS, et al.,<br><br>　　　　　　　　Defendants. | NO: 13-CV-0167-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　BEFORE THE COURT is Joint Stipulated Motion for Dismissal of Defendant First American Title Company (ECF No. 19). Pursuant to Defendant First American Title's disclaimer of any interest in the real property that is the subject of this action, Defendant First American Title is dismissed from the above-captioned case and shall take nothing from the proceeds of any sale of the subject real property.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The Joint Stipulated Motion for Dismissal filed by Plaintiff and Defendant First American Title Company (ECF No. 19) is **GRANTED**. All claims and causes of action against Defendant First American Title Company are hereby **DISMISSED** with prejudice and without fees or costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant First American Title Company shall take nothing from the proceeds of any sale of the real property that is the subject of this action. Plaintiff's claims against Defendants Don O. Nichols, Terry A. Nichols and Last Day Trust remain pending.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and terminate Defendant First American Title Company.

**DATED** December 23, 2013.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2