UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>       v.<br><br>DON O. NICHOLS and TERRY A. NICHOLS, and LAST DAY TRUST,<br><br>                         Defendants. | NO:  2:13-CV-0167-TOR<br><br>ORDER ENTERING JUDGMENT |

BEFORE THE COURT is the parties' stipulated Motion to Approve Consent Judgment (ECF No. 41).  The matter was submitted for consideration without oral argument.  The Court has reviewed the motion and the file therein and is fully informed.  For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Judgment is entered in favor of Plaintiff, the United States of America, and against defendants Don Nichols and Terry Nichols, in the amount of $155,018.83, for the tax years 1999, 2001–2009, as of July 14, 2015, with interest accruing after that date as provided by law. See 26 U.S.C. § 6621. See also 28

ORDER ENTERING JUDGMENT ~ 1

U.S.C. § 1961(c)(1)(explaining that § 6621 applies in "any internal revenue tax case").

2.  Within one week of the entry of this Order, the United States shall file a motion for entry of an order of judicial sale of Don and Terry Nichols' personal residence, with the address of 29220 Long Lake Road, Ford, Washington 99013.

3.  The United States' motion for entry of an order of judicial sale shall conform to the restrictions set forth in the parties' stipulation for entry of judgment.

The District Court Executive is hereby directed to enter this Order and furnish copies to the parties.

**DATED** September 25, 2015.



THOMAS O. RICE
United States District Judge

ORDER ENTERING JUDGMENT ~ 2