# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>DON O. NICHOLS and TERRY A. NICHOLS, etc.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:13-CV-0167-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff, United States of America, and against Defendants Don Nichols and Terry Nichols, in the amount of $155,018.83, for the tax years 1999, 2001–2009, as of July 14, 2015, with interest accruing after that date as provided by law. See 26 U.S.C. § 6621; see also 28 U.S.C. § 1961(c)(1)(explaining that § 6621 applies in "any internal revenue tax case").
Default Judgment is entered against Defendant Last Day Trust which has no interest in the subject property.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  upon the parties' stipulated Motion to Approve Consent Judgment (ECF No. 41) and the Court's Order Granting Default Judgment against Last Day Trust.

Date:  September 25, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen